OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

UNITED STATES POSTAGE

PITNEY BOWES

02 1M          $ 00.26⁵
0004279596     MAR 06 2015
MAILED FROM ZIP CODE        WR-82,878-01

**3/4/2015**

**Bingham, Wesley Allen        Tr. Ct. No. 645636-A**
This is to advise that the Court has denied without written order the application for
writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

WESLEY ALLEN BINGHAM
STILES UNIT - TDC # 631724



Discharged

RTS